WILLARD H. WELLS, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads and Agent Designated by the President of the United States under

Section 206 of the Transportation Act, 1920,\* Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is excessive, unless the plaintiff stipulates to reduce the damages to the sum of $15,000, in which event the judgment is modified accordingly and as so modified judgment and order unanimously affirmed, without costs of appeal.

\* See 41 U. S. Stat. at Large, 461, § 206; Pres. Proc. March 11, 1920, and May 14, 1920, 41 id. 1789, 1793, 1794.   By proclamations dated March 26, 1921, and effective at noon on March 28, 1921, James C. Davis was appointed by President in place of John Barton Payne, resigned.   (42 U. S. Stat. at Large, ————.)   See, also, Federal Employers' Liability Act, 35 U. S. Stat. at Large, 65, chap. 149, as amd. by 36 id. 291, chap. 143.   Verdict was for $21,000.— [REP.